**FILED**
May 22, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY:_____NM_____
DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| MARK A. CUELLAR, § | |
| Plaintiff, § | |
| v. § | NO. SA-24-CV-01476-OLG |
| PENTAGON FEDERAL CREDIT § UNION and JOHN DOES 1-10, § | |
| Defendants. § | |

# ORDER

Before the Court is the Stipulation of Dismissal between Plaintiff and Defendant Pentagon Federal Credit Union (*see* Dkt. No. 14) pursuant to Rule 41(a)(1)(A)(ii). The Court construes the inclusion of Defendant John Does 1-10 as Plaintiff's notice of voluntary dismissal pursuant to Rule 41(a)(1)(A)(i). A notice or stipulation of dismissal pursuant to Rule 41(a) is self-effectuating. *See* Fed. R. Civ. P. 41(a)(1)(A) (providing that "the plaintiff may dismiss an action without a court order").

Accordingly, all claims against Defendants are hereby dismissed with prejudice as to Plaintiff's individual claims and without prejudice as to any claims for prospective class members. Each party shall bear its own attorney's fees and costs. (*See* Dkt. No. 14-1).

This case is **CLOSED**.

**SIGNED** this 22nd day of May 2025.

_____
ORLANDO L. GARCIA
United States District Judge